UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARBEN VOLAJ,

                Plaintiff,

      v.

240 MULBERRY L.L.C., ECR REALTY,
CORP., WILLIAM RADMIN, *and* ERIC C.
ROTH,

                Defendants.

**ORDER**

25-cv-8894 (ER)

RAMOS, D.J.

This action was initiated in the Eastern District of New York on September 19, 2025 and transferred to this District on October 27, 2025. Docs. 1, 6. Since then, there has been no activity in the case. Volaj has not filed affidavits of service as to Defendants.

Volaj is instructed to submit a status letter by **April 16, 2026**. Failure to comply could result in the Court dismissing the case pursuant to Federal Rule of Civil Procedure 4(m).

It is SO ORDERED.

Dated: April 9, 2026
      New York, New York

_____
    Edgardo Ramos, U.S.D.J.