UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARBEN VOLAJ,

Plaintiff,

v.

240 MULBERRY L.L.C., ECR REALTY, CORP., WILLIAM RADMIN, *and* ERIC C. ROTH,

Defendants.

**ORDER**

25 Civ. 8894 (ER)

RAMOS, D.J.

This action was initiated in the Eastern District of New York on September 19, 2025 and transferred to this District on October 27, 2025. Docs. 1, 6. After Volaj failed to serve Defendants, the Court directed Volaj to submit a status letter by April 16, 2026. Doc. 7. Volaj failed to submit a status letter by that date. Summonses were issued for all Defendants on May 1, 2026, Docs. 12-15. However, Volaj has still not filed affidavits of service.

Volaj is instructed to submit a status letter by **October 28, 2026**. Failure to comply could result in the Court dismissing the case pursuant to Federal Rule of Civil Procedure 4(m).

It is SO ORDERED.

Dated: October 21, 2026
New York, New York

Edgardo Ramos, U.S.D.J.